UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                )
UNITED STATES OF AMERICA        )
                                )
v.                              )     Criminal No. 03-MJ-00108-LPC
                                )
JOHN DOE                        )
```

<u>STATUS REPORT</u>

In response to Magistrate Judge Swartwood's Conditional Order of Dismissal, dated February 24, 2005, the government hereby requests that the above-captioned case remain open. The government advises that, should the defendant be apprehended, the government intends to go forward with the prosecution of the defendant.


Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney,
By:


/s/ William H. Connolly_____
WILLIAM H. CONNOLLY
Assistant U.S. Attorney



DATE:    February 25, 2005

-1-